## Schieck, Appellant, *v.* Chrysler Motor Corporation, et al.

Argued November 15, 1974.

*Harry F. Swanger,* with him *Gerald W. Weaver, James F. Israel, Richard R. Isaacson,* and *Bagley, Weaver, Sydor & Heck,* for appellant; *Charles J. Duffy, Jr.,* with him *Lancaster, Mentzer, Coyne & Duffy,* for appellees.

Judgment affirmed.